UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO. 14-4411

| | |
|---|---|
| **UNITRD STATES OF AMERICA,**<br><br>v.<br><br>**JERMAINE LONNIE BAINES,**<br><br>*Defendant,* | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

NOW COMES, Micah E. Huggins, attorney appointed by this Honorable Court to represent the Defendant herein, Jermaine Lonnie Baines, and respectfully represents the following:

1. Undersigned counsel was appointed by the Federal Defender's Office within the Middle District of North Carolina to represent Mr. Baines at the District Court level.

2. Undersigned counsel represented Appellant at all proceedings in District Court and has been appointed to represent defendant before this Court.

1

3. Prior to sentencing, Mr. Baines informed this Attorney he wished for a Notice of Appeal to be filed on his behalf with this Honorable Court. As such, a Notice of Appeal was timely filed.

4. As of this time, this Attorney has discussed Mr. Baines appeal options with the Defendant and Mr. Baines has informed this Attorney he would like another attorney appointed in this matter to thoroughly review all possible available appellate issues. This Attorney consents and agrees with Mr. Baines request for substitute counsel being appointed regarding appellate issues.

5. As such, this Attorney would respectfully request to be allowed to withdraw as attorney of record before this Honorable Court and substitute counsel be appointed.

This the 26th day of May 2014.

s/Micah E. Huggins
Attorney Bar Number: 38726
Attorney for Defendant
2807 Earlham Place
High Point, N.C. 27263
Telephone: 336-885-1529
Email: mhugginslaw@hotmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2014, I caused this Motion to be filed electronically with the Clerk of the Court, which will send notice of such filing to the following registered CM/ECF users:

1. Kyle Pousson
   Assistant United States Attorney
   United States Attorney's office
   Middle District of North Carolina
   P.O. Box 858
   Greensboro, NC 27402
   (336) 333-5351
   kyle.pousson@usdoj.gov

/s/Micah E. Huggins
Attorney Bar Number: 38726
Attorney for Defendant
2807 Earlham Place
High Point, N.C. 27263
Telephone: 336-885-1529
Email: mhugginslaw@hotmail.com